IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEBRAH CABRAL,<br><br>　　　　Defendant and Judgment Debtor. | Case No.:　1:21-mc-00035-EPG<br><br>**ORDER TERMINATING**<br>**WRIT OF CONTINUING GARNISHMENT**<br><br>Criminal Case No.:　1:17-cr-00260-DAD<br><br>(ECF No. 12). |
| KERN COUNTY AGING & ADULT SERVICES,<br><br>　　　　Garnishee. | |

　　　This matter is before the Court on United States' Request for an Order Terminating Writ of Continuing Garnishment. (ECF No. 12). The Request states as follows:

> On April 13, 2021, the United States filed its Application for Writ of Continuing Garnishment, and on May 3, 2021, the application and supporting documents were served on the Garnishee and Defendant and Judgment Debtor.
>
> Based on communications from the Garnishee, the United States has been advised to refile the writ application in an alternative name.

(*Id.* at 1).

　　　The Court, having reviewed this case and the United States' Request for an Order Terminating Writ of Continuing Garnishment (ECF No. 12), and finding good cause therefrom, hereby GRANTS the Request.

Accordingly, IT IS ORDERED that:

1. The Writ of Continuing Garnishment (ECF No. 4) previously issued against defendant/judgment debtor, Debrah Cabral, on April 14, 2021, is hereby TERMINATED; and

2. The Clerk of the United States District Court is respectfully directed to close this miscellaneous case.

IT IS SO ORDERED.

Dated: **July 1, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE